**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Michael E. Hayden,

Petitioner,

v.

United States of America,

Respondent.

Civil No. 01-2136 (DWF/AJB)

**ORDER**

---

Michael E. Hayden, *Pro Se*, #08109-031, Federal Correctional Institution, Box 1500, Waseca, MN 56093-0741, Petitioner.

Margaret B. Magill, Assistant United States Attorney, 600 United States Courthouse, 300 Fourth Street South, Minneapolis, MN 55415, counsel for Respondent.

---

This matter is before the Court upon Petitioner's styled Motion to Reconsider Final Order and Petitioner's Objection to Order and Judgment of December 21, 2001.

Based upon the Court's review of the record and the Court having reviewed the submissions of the Petitioner, and the Court being otherwise duly advised in the premises, the Court hereby enters the following:

**ORDER**

1. Petitioner Michael E. Hayden's motion to reconsider the Court's order of December 21, 2001 (Doc. No. 9), is respectfully **DENIED**.

Dated: February 26, 2002

DONOVAN W. FRANK
Judge of United States District Court

FEB 26 2002
FILED________
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________